1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11
                                              )   Case No. 06-5979 CRB
12  IN RE: BEXTRA AND CELEBREX               )
    MARKETING SALES PRACTICES AND            )   MDL NO. 1699
13  PRODUCT LIABILITY LITIGATION             )   District Judge: Charles R. Breyer
                                              )
14                                            )
                                              )
15  Loyce Foshee,                             )
                                              )   **STIPULATION AND ORDER OF**
16                  Plaintiffs,               )   **DISMISSAL WITH PREJUDICE**
                                              )
17           vs.                              )
                                              )
18  Pfizer Inc., et al.                       )
                    Defendants.               )
19                                            )

20
         Come now the Plaintiffs, Loyce Foshee, and Defendants, by and through the undersigned
21
    attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the
22
    dismissal of this action **with prejudice** as to the plaintiff named herein only with each side
23
    bearing its own attorneys' fees and costs.
24

25

26  DATED:  Jan. 12, 2010          MATTHEWS & ASSOCIATES

27                                 By: _____
                                        David P. Matthews
28                                      *Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: Jan. 12, 2010         DLA PIPER LLP (US)

2
                                By: /s/ Michelle W. Sadowsky
3                                   ---------------------------------
                                    Michelle W. Sadowsky
4                                   *Attorneys for Defendants*

5

6

7  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

8

9  Dated: FEB 17 2010

                                    ---------------------------------
10                                  Hon. Charles R. Breyer
                                    United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**